UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Dawit MAKONNEN,
Plaintiff,
v.
Markwayne MULLIN, et al.,
Defendants.

Case No.: 26-cv-0860-AGS-VET

**ORDER TO AMEND NATURALIZATION CERTIFICATE**

Petitioner seeks to amend his Naturalization Certificate to correct his birthdate, and the government does not oppose that request.

**BACKGROUND**

According to his declaration, petitioner Dawit Makonnen was born in Ethiopia in 1948. (ECF 3, at 2.) Due to a "clerical mistake" in converting dates from the "Ethiopian calendar to the Gregorian calendar," however, the "Addis Ababa Administration" later issued him a birth certificate listing a birthdate in 1954. (*Id.*; ECF 1-4, at 1.) Apparently unaware of the error, Makonnen used that incorrect birthdate repeatedly in official documents submitted to U.S. immigration authorities between 1974 and 1985. (*See, e.g.*, ECF 18, at 19.) In 1988, when Makonnen was 39 years old, he became a naturalized U.S. citizen, and this Court issued him a Naturalization Certificate listing the incorrect 1954 birthday. (*See* ECF 1-3, at 1; ECF 3, at 1; ECF 10, at 3.)

The incorrect-birthdate issue first came to Makonnen's attention in 1992—years after he became a U.S. citizen—when he "returned to Ethiopia to visit family for the first time since immigrating to the United States." (ECF 3, at 1.) During that trip, his uncle "noticed that [Makonnen's] date of birth was incorrect" in Makonnen's U.S. passport, so he advised Makonnen "to confirm the correct date with [Makonnen's] mother." (*Id.*) The mother agreed with the uncle, recalling "the precise date and time" of birth in 1948. (*Id.* at 2.)

In 2006, Makonnen "initiated legal proceedings in Ethiopia to correct the error," supported by his mother's and uncle's testimony. (ECF 3, at 2; *see also* ECF 1-4, at 1.) The Ethiopian court ordered that Makonnen's birth certificate be amended to reflect the 1948 date of birth. (ECF 1-4, at 1.) Makonnen was later issued an Ethiopian birth certificate with that corrected date. (*Id.* at 7.)

In May 2006—the same month that he received his new birth certificate—Makonnen applied to U.S. immigration authorities to amend the birthdate on his Naturalization Certificate. (*See* ECF 18, at 19; ECF 1-4, at 7.) That application was denied because Makonnen had "reported his date of birth" as the incorrect 1954 date "on numerous occasions, and under penalty of perjury." (ECF 18, at 19.) The listed examples of such reports included seven U.S. immigration forms submitted between 1974 and 1985 (before Makonnen learned of the birthdate error) and one 2004 application for a California driver license (before Ethiopia agreed to amend his birth certificate). (*Id.* at 19–20.)

In 2025, Makonnen again petitioned U.S. immigration officials to amend his Naturalization Certificate. (ECF 3, at 2.) In 2026, he finally sought relief in U.S. district court. (ECF 1.)

## DISCUSSION

Because this federal court issued the original Naturalization Certificate, it "may appropriately exercise jurisdiction over his petition to modify his court-issued certificate of naturalization." *Collins v. U.S. Citizenship & Immigr. Servs.*, 820 F.3d 1096, 1100 (9th Cir. 2016). To succeed, Makonnen must "present[] clear evidence of [his] true date of birth" and demonstrate that "there are no concerns that petitioner acted fraudulently in representing [his] date of birth in [his] initial naturalization petition." *Bazouzi v. Johnson*, No. 14-MC-80261-JST, 2015 WL 1968004, at *3 (N.D. Cal. May 1, 2015).

Makonnen has met that burden. The Ethiopian court's ruling on his true birthdate—and the other supporting documents—establish clear evidence that his true birthday is in 1948. And the government concedes that "there is no indication of fraud" here. (ECF 10, at 3.) Indeed, the evidence overwhelmingly suggests that Makonnen's two-decade quest to

correct his birthdate has been in good faith. The issue is whether the U.S. government considers him 78 years old now—as he has proven—or 72 years old, as his Naturalization Certificate states. That question has been sufficiently answered: He was born in 1948 and is 78 years old. His marathon legal journey is at an end.

## CONCLUSION

This Court declares that Dawit Makonnen's true and lawful birth year is 1948, and his true and lawful date of birth is correctly set forth in his complaint at page 5, paragraph 30. (*See* ECF 1, at 5, ¶30.) The government must recognize and give full effect to that birthdate for all immigration and nationality purposes. Makonnen should be issued forthwith an amended Certificate of Naturalization, reflecting his true birth year as 1948 and his true birthdate as the one set forth in the complaint at page 5, paragraph 30. (*See* ECF 1, at 5, ¶30.) The Court will also issue a Summary Order—under seal but available to the parties—that lists Makonnen's complete 1948 birthday, including the month and day. The Clerk must issue a judgment and close this case. Makonnen's petition to amend his Naturalization Certificate is

**GRANTED**.

Dated: November 9, 2026

Hon. Andrew G. Schopler
United States District Judge